UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CURTIS RHODES** | **CASE NO. 3:20-CV-00319** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **AURORA CARES, LLC** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that Plaintiff's motion to remand [doc. # 19] is DENIED.

IT IS FURTHER ORDERED that Plaintiff's claims against defendant, Lisa Davis, are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's motion for attorney's fees [doc. # 19] is DENIED.

IT IS FURTHER ORDERED that Defendant Lisa Davis's motion to dismiss [doc. # 17] is DENIED because the court lacks jurisdiction to consider it.

IT IS FURTHER ORDERED that Defendant Aurora Cares' motion to dismiss [doc. # 12] is DENIED.

IT IS ORDERED that Defendant Aurora Cares' alternative motion to stay is GRANTED, and this case is stayed pending the outcome of the medical review panel.

MONROE, LOUISIANA, this 18th day of February, 2021.

Terry A. Doughty
United States District Judge